UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID WILSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3507** |
| **DR. MARC L. ZIMMERMAN, ET AL.** | **SECTION "C" (1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the State of Louisiana and Larry Smith in his official capacity are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that plaintiff's claim against Harry Pastuszek in his individual capacity is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** to their being asserted again until the Heck conditions are met.

New Orleans, Louisiana, this 27th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE